U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 8 2020

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **FRANKLIN GREGORO AYABAR** | CASE NO. 1:20-CV-00428 SEC P |
| **VERSUS** | JUDGE DRELL |
| **JOSEPH D MCDONALD JR ET AL** | MAGISTRATE JUDGE PEREZ-MONTES |

### ORDER

The petition for writ of habeas corpus is hereby REFERRED to the Magistrate Judge for consideration and issuance of a Report and Recommendation.

THUS DONE AND SIGNED this 8th day of April 2020, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT