UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANKLIN GREGORO AYABAR, Petitioner | CIVIL DOCKET NO. 1:20-CV-428-P |
| VERSUS | JUDGE DRELL |
| JOSEPH D. MCDONALD, *ET AL.*, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 22), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 5th day of MAY ~~April~~ 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE